IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| KONINKLIJKE KPN N.V. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:21-CV-00113-JRG |
| | § | |
| TELEFONAKTIEBOLAGET LM | § | |
| ERICSSON and ERICSSON INC. | § | |

MINUTES FOR JURY SELECTION/JURY TRIAL DAY NO. 1
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
August 22, 2022

**OPEN:** 09:16 AM                                          **ADJOURN:** 06:09 PM

ATTORNEYS FOR PLAINTIFF:            See attached

ATTORNEYS FOR DEFENDANTS:        See attached

LAW CLERKS:                                          Cody Carter
                                                             Jim Lomeo
                                                             Ryan Davies

COURT REPORTER:                              Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                       Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 09:16 AM | Court opened. Court's greeting, introduction and preliminary remarks to Jury Pool. |
| 09:28 AM | Court asked for announcements from the parties. |
| 09:29 AM | Court continued by providing case information and gave preliminary instructions to Jury Pool. |
| 09:39 AM | Prospective Jurors began introduction of themselves. |
| 10:07 AM | Court provided additional instructions to Jury Pool. |
| 10:10 AM | *Voir dire* on behalf of Plaintiff by Mr. Ward. |
| 10:41 AM | *Voir dire* on behalf of Defendants by Mr. Baxter. |
| 11:11 AM | Bench conference with counsel. |
| 11:13 AM | Bench conference completed. |
| 11:13 AM | Court instructions provided to Jury Pool. Court requested specific juror(s) to remain in courtroom while remainder of jurors recessed. |
| 11:15 AM | Remainder of jurors recessed. |
| 11:16 AM | Counsel approached bench. |
| 11:17 AM | Strike conference began with specifically named juror(s). |
| 11:22 AM | Strike conference concluded. Attorneys excused to exercise strikes. |

| TIME | MINUTE ENTRY |
|---|---|
| 11:22 AM | Recess. |
| 11:49 AM | Court reconvened. |
| 11:49 AM | Instructions given by the Court. Jurors selected. |
| 11:51 AM | Additional instructions given by the Court. Remainder of Jury Pool excused. Jurors sworn. |
| 11:55 AM | Additional instructions given by the Court. |
| 12:12 PM | Jury recessed for lunch. |
| 12:13 PM | Court provided instruction to counsel. |
| 12:16 PM | Recess. |
| 12:57 PM | Court reconvened. |
| 12:57 PM | Court addressed disputed matter which was taken up in chambers this morning prior to jury selection. |
| 01:01 PM | Court made rulings as set forth in the record. |
| 01:06 PM | Jury returned to courtroom. |
| 01:06 PM | Court gave preliminary instructions to Jury. |
| 01:42 PM | Jurors were provided notebooks. |
| 01:43 PM | Court gave additional instructions to Jury. |
| 01:53 PM | Plaintiff's opening statement by Ms. White. |
| 02:20 PM | Defendants' opening statement by Mr. Stevenson. |
| 02:51 PM | Opening statements concluded. |
| 02:51 PM | Plaintiff invoked the rule; excludes expert witnesses and corporate representatives. |
| 02:52 PM | Jury recessed for break. |
| 02:53 PM | Recess. |
| 03:08 PM | Court reconvened. |
| 03:08 PM | Jury returned to courtroom. |
| 03:09 PM | Witness sworn. Direct examination of Ms. Cornelia Gerritse by Mr. Healy. |
| 03:21 PM | **Courtroom sealed.** |
| 03:22 PM | Continuation direct examination of Ms. Cornelia Gerritse by Mr. Healy. |
| 03:58 PM | Bench conference. |
| 04:00 PM | Bench conference concluded. |
| 04:00 PM | Continuation direct examination of Ms. Cornelia Gerritse by Mr. Healy. |
| 04:26 PM | **Courtroom unsealed.** |
| 04:27 PM | Cross examination of Ms. Cornelia Gerritse by Mr. Stevenson. |
| 04:30 PM | Bench conference. |
| 04:31 PM | Bench conference concluded. |
| 04:31 PM | Continuation cross examination of Ms. Cornelia Gerritse by Mr. Stevenson. |
| 04:39 PM | Bench conference. |
| 04:44 PM | Bench conference concluded. |
| 04:44 PM | Continuation cross examination of Ms. Cornelia Gerritse by Mr. Stevenson. |
| 04:44 PM | Bench conference. |
| 04:44 PM | Bench conference concluded. |
| 04:45 PM | Continuation cross examination of Ms. Cornelia Gerritse by Mr. Stevenson. |
| 05:38 PM | Redirect examination of Ms. Cornelia Gerritse by Mr. Healy. |
| 05:53 PM | Recross examination of Ms. Cornelia Gerritse by Mr. Stevenson. |
| 05:59 PM | Bench conference. |

| TIME | MINUTE ENTRY |
|---|---|
| 06:01 PM | Bench conference concluded. |
| 06:01 PM | Continuation recross examination of Ms. Cornelia Gerritse by Mr. Stevenson. |
| 06:05 PM | Completion of testimony of Ms. Cornelia Gerritse. |
| 06:07 PM | Jury recessed for the day until 8:30 AM tomorrow. |
| 06:09 PM | Court adjourned. |