## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| KONINKLIJKE KPN N.V. | § |
| | § |
| v. | § CIVIL ACTION NO. 2:21-CV-00113-JRG |
| | § |
| TELEFONAKTIEBOLAGET LM | § |
| ERICSSON and ERICSSON INC. | § |

### MINUTES FOR JURY TRIAL DAY NO. 2
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### August 23, 2022

**OPEN:** 08:24 AM                                **ADJOURN:** 05:43 PM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Cody Carter<br>Jim Lomeo<br>Ryan Davies |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:24 AM | Court opened. |
| 08:24 AM | Exhibits used prior day read into the record. |
| 08:27 AM | Jury entered the courtroom. |
| 08:28 AM | Witness sworn.  Direct examination of Dr. William Mangione-Smith by Mr. Rennie. |
| 08:55 AM | Bench conference. |
| 08:58 AM | Bench conference concluded. |
| 08:58 AM | Objection raised. |
| 08:59 AM | Jury retired to jury room. |
| 09:00 AM | Court heard argument outside presence of the Jury. |
| 09:05 AM | Court made rulings as set forth in the record. |
| 09:07 AM | Jury returned to courtroom. |
| 09:08 AM | Continuation direct examination of Dr. William Mangione-Smith by Mr. Rennie. |
| 09:39 AM | **Courtroom sealed.** |
| 09:39 AM | Continuation direct examination of Dr. William Mangione-Smith by Mr. Rennie. |
| 10:07 AM | Bench conference. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:08 AM | Bench conference concluded. |
| 10:09 AM | **Courtroom unsealed.** |
| 10:09 AM | Jury recessed for break. |
| 10:09 AM | Recess. |
| 10:27 AM | Court reconvened. |
| 10:27 AM | Jury returned to courtroom. |
| 10:28 AM | Continuation direct examination of Dr. William Mangione-Smith by Mr. Rennie. |
| 11:11 AM | **Courtroom sealed.** |
| 11:12 AM | Continuation direct examination of Dr. William Mangione-Smith by Mr. Rennie. |
| 11:18 AM | **Courtroom unsealed.** |
| 11:18 AM | Cross examination of Dr. William Mangione-Smith by Mr. Kubehl. |
| 12:01 PM | Jury recessed for lunch. |
| 12:02 PM | Ms. Lusztig on behalf of Plaintiff made request re: pre-admission of additional exhibits. |
| 12:04 PM | Response provided by Mr. Mathews on behalf of Defendants. |
| 12:05 PM | Court directed counsel to meet and confer re: addition of pre-admitted exhibits. |
| 12:05 PM | Recess. |
| 12:55 PM | Court reconvened. |
| 12:55 PM | Jury returned to courtroom. |
| 12:56 PM | Continuation of cross examination of Dr. William Mangione-Smith by Mr. Kubehl. |
| 01:35 PM | **Courtroom sealed.** |
| 01:36 PM | Continuation of cross examination of Dr. William Mangione-Smith by Mr. Kubehl. |
| 01:38 PM | **Courtroom unsealed.** |
| 01:39 PM | Continuation of cross examination of Dr. William Mangione-Smith by Mr. Kubehl. |
| 01:51 PM | Bench conference. |
| 01:53 PM | Bench conference concluded. |
| 01:53 PM | Continuation of cross examination of Dr. William Mangione-Smith by Mr. Kubehl. |
| 02:01 PM | **Courtroom sealed.** |
| 02:01 PM | Redirect examination of Dr. William Mangione-Smith by Mr. Rennie. |
| 02:06 PM | **Courtroom unsealed.** |
| 02:06 PM | Continuation redirect examination of Dr. William Mangione-Smith by Mr. Rennie. |
| 02:12 PM | Completion of testimony of Dr. William Mangione-Smith. |
| 02:13 PM | Witness sworn. Direct examination of Mr. Michael Joseph Wagner by Ms. Lusztig. |
| 02:30 PM | **Courtroom sealed.** |
| 02:30 PM | Continuation direct examination of Mr. Michael Joseph Wagner by Ms. Lusztig. |
| 02:48 PM | **Courtroom unsealed.** |
| 02:48 PM | Continuation direct examination of Mr. Michael Joseph Wagner by Ms. Lusztig. |
| 02:53 PM | Jury recessed for break. |
| 02:53 PM | Recess. |
| 03:12 PM | Court reconvened. |
| 03:12 PM | Court requested update re: meet and confer efforts of additional exhibits for pre-admission. |
| 03:13 PM | Parties confirmed agreement. |

| TIME | MINUTE ENTRY |
|---|---|
| 03:14 PM | Court directed parties to meet and confer and submit by 1:00 PM tomorrow by email to Court staff a joint proposed final jury instructions and verdict form (in Word format). |
| 03:15 PM | Jury returned to courtroom. |
| 03:15 PM | Continuation direct examination of Mr. Michael Joseph Wagner by Ms. Lusztig. |
| 03:38 PM | Cross examination of Mr. Michael Joseph Wagner by Mr. Mathews. |
| 03:51 PM | **Courtroom sealed.** |
| 03:51 PM | Continuation cross examination of Mr. Michael Joseph Wagner by Mr. Mathews. |
| 04:06 PM | **Courtroom unsealed.** |
| 04:06 PM | Completion of testimony of Mr. Michael Joseph Wagner. |
| 04:06 PM | Witness sworn. Direct examination of Mr. Patricio Delgado (adverse witness) by Mr. Ward. |
| 04:19 PM | **Courtroom sealed.** |
| 04:19 PM | Continuation direct examination of Mr. Patricio Delgado (adverse witness) by Mr. Ward. |
| 04:29 PM | **Courtroom unsealed.** |
| 04:29 PM | Continuation direct examination of Mr. Patricio Delgado (adverse witness) by Mr. Ward. |
| 04:56 PM | Bench conference. |
| 04:59 PM | Bench conference concluded. |
| 04:59 PM | Continuation direct examination of Mr. Patricio Delgado (adverse witness) by Mr. Ward. |
| 05:10 PM | Bench conference. |
| 05:11 PM | Bench conference concluded. |
| 05:11 PM | Cross examination of Mr. Patricio Delgado by Mr. Mathews. |
| 05:41 PM | Jury recessed for the day until 8:30 AM tomorrow. |
| 05:43 PM | Court adjourned. |