# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| KONINKLIJKE KPN N.V. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:21-CV-00113-JRG |
| | § | |
| TELEFONAKTIEBOLAGET LM | § | |
| ERICSSON and ERICSSON INC. | § | |

## MINUTES FOR JURY TRIAL DAY NO. 3
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### August 24, 2022

**OPEN:** 08:26 AM                                                                 **ADJOURN:** 06:19 PM

ATTORNEYS FOR PLAINTIFF:            See attached

ATTORNEYS FOR DEFENDANTS:       See attached

LAW CLERKS:                                       Cody Carter
                                                              Katie Albanese
                                                              Ryan Davies

COURT REPORTER:                           Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                    Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:26 AM | Court opened. |
| 08:26 AM | Exhibits used prior day read into the record. |
| 08:28 AM | Objection raised by Mr. Ward on behalf of Plaintiff. |
| 08:30 AM | Court made rulings as set forth in the record. |
| 08:30 AM | Jury entered the courtroom. |
| 08:31 AM | Cross (direct) examination of Mr. Patricio Delgado by Mr. Mathews. (Mr. Delgado [Defendants' corporate rep] is presented as Plaintiff's adverse witness.) |
| 08:50 AM | Bench conference. |
| 08:52 AM | Bench conference concluded. |
| 08:52 AM | Continuation cross (direct) examination of Mr. Patricio Delgado by Mr. Mathews. |
| 08:58 AM | Bench conference. |
| 08:58 AM | Bench conference concluded. |
| 08:59 AM | Redirect examination of Mr. Patricio Delgado (adverse witness) by Mr. Ward. |
| 09:00 AM | Bench conference. |
| 09:00 AM | Bench conference concluded. |

| TIME | MINUTE ENTRY |
|---|---|
| 09:00 AM | Continuation redirect examination of Mr. Patricio Delgado (adverse witness) by Mr. Ward. |
| 09:11 AM | Recross (direct) examination of Mr. Patricio Delgado by Mr. Mathews. |
| 09:11 AM | Completion of testimony of Mr. Patricio Delgado. |
| 09:12 AM | Plaintiff rested its case-in-chief. |
| 09:12 AM | Defendants proceeded with its case-in-chief. |
| 09:12 AM | Witness sworn.  Direct examination Mr. Jacobus Du Plooy by Mr. Stevenson. |
| 09:36 AM | **Courtroom sealed.** |
| 09:37 AM | Continuation direct examination Mr. Jacobus Du Plooy by Mr. Stevenson. |
| 09:43 AM | **Courtroom unsealed.** |
| 09:43 AM | Continuation direct examination Mr. Jacobus Du Plooy by Mr. Stevenson. |
| 09:51 AM | Cross examination of Mr. Jacobus Du Plooy by Ms. White. |
| 10:28 AM | Redirect examination Mr. Jacobus Du Plooy by Mr. Stevenson. |
| 10:45 AM | Recross examination of Mr. Jacobus Du Plooy by Ms. White. |
| 10:47 AM | Completion of testimony of Mr. Jacobus Du Plooy.  Witness excused. |
| 10:48 AM | Jury recessed for break. |
| 10:49 AM | Recess. |
| 11:08 AM | Court reconvened. |
| 11:08 AM | Jury returned to courtroom. |
| 11:09 AM | Witness sworn.  Direct examination of Mr. Jeffrey Diamond by Mr. Baxter. |
| 11:25 AM | Bench conference. |
| 11:29 AM | Bench conference concluded. |
| 11:29 AM | Continuation direct examination of Mr. Jeffrey Diamond by Mr. Baxter. |
| 11:48 AM | Cross examination of Mr. Jeffrey Diamond by Ms. White. |
| 12:07 PM | Completion of testimony of Mr. Jeffrey Diamond.  Witness excused. |
| 12:07 PM | Jury recessed for lunch. |
| 12:07 PM | Court provided instruction and clarification re: testimony of next witness, Dr. Stephen Wicker. |
| 12:11 PM | Recess. |
| 01:06 PM | Court reconvened. |
| 01:08 PM | Jury returned to courtroom. |
| 01:09 PM | Witness sworn. |
| 01:09 PM | Court provided explanation to Jury re: testimony of Dr. Stephen Wicker. |
| 01:11 PM | Direct examination of Dr. Stephen Wicker by Mr. Kubehl. |
| 01:15 PM | Bench conference. |
| 01:16 PM | Bench conference concluded. |
| 01:16 PM | Continuation direct examination of Dr. Stephen Wicker by Mr. Kubehl. |
| 01:39 PM | Bench conference. |
| 01:40 PM | Bench conference concluded. |
| 01:40 PM | Continuation direct examination of Dr. Stephen Wicker by Mr. Kubehl. |
| 01:49 PM | **Courtroom sealed.** |
| 01:50 PM | Continuation direct examination of Dr. Stephen Wicker by Mr. Kubehl. |
| 01:52 PM | **Courtroom unsealed.** |
| 01:52 PM | Continuation direct examination of Dr. Stephen Wicker by Mr. Kubehl. |
| 03:02 PM | **Courtroom sealed.** |

| TIME | MINUTE ENTRY |
|---|---|
| 03:02 PM | Continuation direct examination of Dr. Stephen Wicker by Mr. Kubehl. |
| 03:03 PM | **Courtroom unsealed.** |
| 03:04 PM | Continuation direct examination of Dr. Stephen Wicker by Mr. Kubehl. |
| 03:11 PM | Jury recessed for break. |
| 03:12 PM | Recess. |
| 03:32 PM | Court reconvened. |
| 03:33 PM | On behalf of Plaintiff, Ms. Lusztig brought an issue to the attention of the Court. |
| 03:35 PM | Response provided by Mr. Stevenson on behalf of Defendants. |
| 03:44 PM | Additional argument provided by Ms. Lusztig on behalf of Plaintiff. |
| 03:48 PM | Court to CARRY ruling. |
| 03:48 PM | Jury returned to courtroom. |
| 03:50 PM | Cross examination of Dr. Stephen Wicker by Mr. Healy. |
| 04:47 PM | Bench conference. |
| 04:47 PM | Bench conference concluded. |
| 04:48 PM | Continuance cross examination of Dr. Stephen Wicker by Mr. Healy. |
| 05:06 PM | Redirect examination of Dr. Stephen Wicker by Mr. Kubehl. |
| 05:14 PM | Completion of testimony of Dr. Stephen Wicker.  Witness excused. |
| 05:14 PM | Jury recessed for break. |
| 05:15 PM | Recess. |
| 05:32 PM | Court reconvened. |
| 05:32 PM | Court made rulings from previously CARRIED argument as set forth in the record. |
| 05:42 PM | Jury returned to courtroom. |
| 05:42 PM | Court provided explanation and instruction to Jury re: Defendants' withdrawal of FRAND argument. |
| 05:43 PM | Witness sworn.  Direct examination of Dr. Kevin Jeffay by Mr. Becker. |
| 06:13 PM | **Courtroom sealed.** |
| 06:13 PM | Continuation direct examination of Dr. Kevin Jeffay by Mr. Becker. |
| 06:16 PM | **Courtroom unsealed.** |
| 06:16 PM | Jury recessed for the day. |
| 06:19 PM | Court adjourned. |