# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| KONINKLIJKE KPN N.V. | § |
| | § |
| v. | §   CIVIL ACTION NO. 2:21-CV-00113-JRG |
| | § |
| TELEFONAKTIEBOLAGET LM | § |
| ERICSSON and ERICSSON INC. | § |

## MINUTES FOR JURY TRIAL DAY NO. 4
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### August 25, 2022

**OPEN:** 08:25 AM                                                                                   **ADJOURN:** 04:48 PM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Cody Carter<br>Katie Albanese<br>Ryan Davies |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:25 AM | Court opened. |
| 08:25 AM | Exhibits used prior day read into the record. |
| 08:27 AM | Jury entered the courtroom. |
| 08:28 AM | Cross examination of Dr. Kevin Jeffay by Mr. Tisdall. |
| 08:30 AM | Redirect examination of Dr. Kevin Jeffay by Mr. Becker. |
| 08:31 AM | Completion of testimony of Dr. Kevin Jeffay. Witness excused. |
| 08:32 AM | Witness sworn. Direct examination of Ambreen Salters by Mr. Mathews. |
| 08:44 AM | **Courtroom sealed.** |
| 08:44 AM | Continuation direct examination of Ambreen Salters by Mr. Mathews. |
| 09:06 AM | **Courtroom unsealed.** |
| 09:07 AM | Cross examination of Ambreen Salters by Ms. Lusztig. |
| 09:34 AM | **Courtroom sealed.** |
| 09:35 AM | Continuation cross examination of Ambreen Salters by Ms. Lusztig. |
| 09:55 AM | Bench conference. |
| 09:56 AM | Bench conference concluded. |
| 09:56 AM | **Courtroom unsealed.** |

| TIME | MINUTE ENTRY |
|---|---|
| 09:56 AM | Jury recessed for break. |
| 09:57 AM | Recess. |
| 10:13 AM | Court reconvened. |
| 10:13 AM | Jury returned to courtroom. |
| 10:14 AM | **Courtroom sealed.** |
| 10:15 AM | Continuation cross examination of Ambreen Salters by Ms. Lusztig. |
| 10:26 AM | **Courtroom unsealed.** |
| 10:26 AM | Continuation cross examination of Ambreen Salters by Ms. Lusztig. |
| 10:29 AM | Redirect examination of Ambreen Salters by Mr. Mathews. |
| 10:53 AM | Completion of testimony of Ambreen Salters.  Witness excused. |
| 10:53 AM | Ms. Felvey introduced the video deposition of Mr. Frank Muller. |
| 10:57 AM | Video deposition of Mr. Frank Muller concluded. |
| 10:57 AM | Defendants rested its case-in-chief. |
| 10:57 AM | Plaintiff offered no rebuttal witnesses. |
| 10:57 AM | Both sides rested. |
| 10:57 AM | Court provided instructions to Jury. |
| 11:01 AM | Jury excused for the remainder of the day to return tomorrow at 8:30 AM. |
| 11:02 AM | Court will take up Rule 50(a) motions following lunch recess. |
| 11:03 AM | Informal charge conference to be held (off the record) thereafter. |
| 11:05 AM | Court to decide whether formal charge conference will be conducted (on the record) either this afternoon or tomorrow morning. |
| 11:08 AM | Recess. |
| 12:39 PM | Court reconvened. |
| 12:39 PM | Court to take up Rule 50(a) motions. |
| 12:39 PM | Court provided instruction to the parties re: hearing of Rule 50(a) motions. |
| 12:42 PM | Court began hearing argument on Rule 50(a) motions. |
| 01:12 PM | Arguments concluded. |
| 01:12 PM | Court made rulings on Rule 50(a) motions as set forth in the record. |
| 01:14 PM | Completion of Rule 50(a) motions hearing. |
| 01:14 PM | Informal charge conference to be held in chambers (off the record). |
| 01:14 PM | Recess until 1:30 PM at which time the informal charge conference will begin. |
| 03:48 PM | Court reconvened. |
| 03:49 PM | Court addressed an issue re: agreement reached between the parties. |
| 03:50 PM | Agreement of the parties confirmed on the record. |
| 03:51 PM | Recess. |
| 04:33 PM | Court reconvened. |
| 04:33 PM | Formal charge conference started. |
| 04:35 PM | Ms. Henry argued for the Plaintiff and Mr. Hawes argued for the Defendants. |
| 04:46 PM | Formal charge conference completed. |
| 04:48 PM | Court adjourned. |