IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| KONINKLIJKE KPN N.V., | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:21-CV-00113-JRG |
| TELEFONAKTIEBOLAGET LM ERICSSON, ERICSSON INC., | § § § § | |
| *Defendants*. | § § | |

# VERDICT FORM

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used herein, the following terms have the following meanings:

- "**Plaintiff**" or "**KPN**" refers to Koninklijke KPN N.V.
- "**Defendants**" or "**Ericsson**" refers collectively to Telefonaktiebolaget LM Ericsson and Ericsson Inc.
- The "**'089 Patent**" refers to U.S. Patent No. RE48,089.
- The "**'637 Patent**" refers to U.S. Patent No. 9,235,637.
- The "**'235 Patent**" refers to U.S. Patent No. 8,881,235.
- The "**Asserted Claims**" refers collectively to Claims 3, 4, 5, and 13 of the '089 Patent, Claim 26 of the '637 Patent, and Claim 11 of the '235 Patent.

## IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM

## READ THEM CAREFULLY AND ENSURE THAT YOUR VERDICT COMPLIES WITH THEM

## QUESTION NO. 1

Did KPN, the Plaintiff, prove by a preponderance of the evidence that the Defendants, Ericsson, infringed **ANY** of the Asserted Claims?

Yes: ✓          No: _____

**QUESTION NO. 2**

Did the Defendants, Ericsson, prove by clear and convincing evidence that any of the following Asserted Claims are invalid?

    For each claim below, please answer "Yes" or "No".

| | | |
|---|---|---|
| Claim 3 of the '089 Patent: | Yes: _____ | No: ✓ |
| Claim 4 of the '089 Patent: | Yes: _____ | No: ✓ |
| Claim 5 of the '089 Patent: | Yes: _____ | No: ✓ |
| Claim 13 of the '089 Patent: | Yes: _____ | No: ✓ |

**<u>Answer Question No. 3 ONLY as to any Asserted Claim that you have found BOTH to be infringed AND not invalid.</u>**

**<u>QUESTION NO. 3</u>**

Did KPN, the Plaintiff, prove by a preponderance of the evidence that the Defendants, Ericsson, willfully infringed **ANY** of the Asserted Claims that you found were infringed?

Yes: ✓   No: _____

6

**Answer Question No. 4 ONLY as to any Asserted Claim that you have found BOTH to be infringed AND not invalid.**

**QUESTION NO. 4**

What sum of money, if paid now in cash, has KPN, the Plaintiff, proven by a preponderance of the evidence would compensate it for its damages for infringement through the time of trial?

Answer in United States Dollars and Cents, if any:

$ __31,518,974.00__

## FINAL PAGE OF THE JURY VERDICT FORM

You have now reached the end of the Verdict Form and should review it to ensure that it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this _26_ day of August 2022.

_____
Jury Foreperson